**DENIED and Opinion Filed July 8, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00595-CV**

**IN RE DERRICK SHAWN CULBERSON, Relator**

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9830801**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Goldstein

In his May 16, 2024 petition for writ of mandamus, relator contends that the trial court refused or has failed to act on his article 11.072 application for writ of habeas corpus.

To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Bonnie Lee Goldstein/

BONNIE LEE GOLDSTEIN
JUSTICE

240595F.P05